# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GOLDEN BEAR INSURANCE COMPANY | § § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-2016-S |
| KELLEY LAW FIRM, P.C., et al. | § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Motion for Default Judgment [ECF No. 21] is **DENIED**.

**SO ORDERED.**

SIGNED April 19, 2021.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE